JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOGIC TECHNOLOGY GROUP, INC., dba MATRIX VISUAL SOLUTIONS, a California Corporation, | Case No. 8:26-cv-00593-JWH DFM |
| Plaintiff, | **ORDER RE: STIPULATION OF PARTIES TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| TRUCK HOME LOGISTICS, L.L.C. (a Florida Limited Liability Company), GEN NASI (an Individual), PAUL NASI (an Individual) and Does 1 through 10, Inclusive, | |
| Defendants. | |
| TRUCK HOME LOGISTICS, L.L.C., a Florida Limited Liability Company, | |
| Third-Party Claimant, | |
| v. | |
| Raul Barbosa, | |
| Third-Party Defendant. | |

1

ORDER

The Court, having reviewed the STIPULATION OF PARTIES TO DISMISS ENTIRE ACTION WITH PREJUDICE, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby **ORDERS** as follows:

1.    The Stipulation is **APPROVED**.

2.    The entire action, including the Complaint, the Counterclaim, and the Third-Party Complaint are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated:    July 8, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2
ORDER